395 A.2d 972

Commonwealth v. Pellot, Appellant.

Commonwealth v. Ortiz, Appellant.

Argued September 12, 1978. William F. Ochs, Jr., Public Defender, for appellant at No. 629; David R. Eshelman, Assistant Public Defender, for appellant at No. 706; Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgments of sentence affirmed.